UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DANIEL FRANKLIN )
    Plaintiff )
 )
vs. )  Case No. _____
 )  Plaintiff demands trial
ADVANCED CORRECTIONAL )  by jury.
HEALTHCARE, NURSE DAN )
WILLIAMS, DR. ABRAHAN, )
NURSE TRACY HAMMETT, )
NURSE DARCY WALLER, )
SANGAMON COUNTY JAIL )
AND WARDEN LARRY )
BECK. )
    Defendants. )

## COMPLAINT

Now comes Plaintiff Daniel Franklin and complains of the defendants as follows:

Deliberate indifference to serious medical needs
Negligence
Denial to handicapped shower and facilities
Violation of right to privacy of medical and psychiatric information
Retaliation
Failure to protect

## COMMON ALLEGATIONS

1.) On Nov. 24, 2015 Plaintiff Franklin was taken into custody of Sangamon County Jail.

2.) Nov. 24, 2015 through Feb. 3 2016 Franklin was denied the proper medical care he was entitled to, was denied access to handicapped facilities (in violation of ADA) his right to privacy of confidential medical and psychiatric information was violated, he was denied access to proper mobility devices, was subjected to severe emotional distress and retaliated against for asserting his rights and Sangamon County Jail Warden Larry Beck failed to protect this plaintiff from abuse and neglect.

Daniel Franklin suffered from, Lewy Body Dementia, Organic Brain Syndrome, A Brain Tumor, Parkinson's Disease, Complex Partial Seizure Disorder and WPW Heart Disease. and was considered handicapped as defined by the Americans With Disabilities Act. see exhibit ___/___ diagnosis report.

4.) On 11-24-15 Plaintiff, Daniel Franklin was arrested by the Springfield Police Dept., upon arrest plaintiff was standing with his walker and advised S.P.D. officer that he needed his prescribed wheelchair, the officer refused to allow Franklin to get it but did allow Franklin to keep his walker and then transported him to the Sangamon County Jail (which will be referred to as SCJ) upon being booked into SCJ plaintiffs walker was taken from him and he was placed into temporary holding to await processing. When the officer came to get Franklin for fingerprinting and intake processing plaintiff Franklin advised the SCJ OFFICER that he needed his walker and wheelchair, the officer advised plaintiff that he would have to talk to medical about that and forced Franklin to walk to the fingerprinting room by holding on to the wall.

5.) After being processed Franklin was screened by the classification officer (Connie) and Franklin advised her of his serious medical and neurological illnesses and his need for his wheelchair further advising c.o. Connie that he is usually housed in the medical department. Officer Connie advised Franklin that he would have to discuss that with medical and told him that there was no beds available in medical but that she would have him placed on the second floor in MWR-D block.

6.) Between 11-25-15 and 11-29-15 plaintiff was housed in MWR-D block without his walker or wheelchair and had to struggle to and from the restroom. Everyday plaintiff would plead with Advanced Correctional Healthcare employees, Dan Williams, Tracy Hammett and Nurse Darcy that he needed his walker and wheelchair and advised them that it was dangerous and painfull for him to traverse without them. Franklin was told walkers or wheelchairs were not allowed in the cellblock he was housed in, plaintiff then ask to be moved to medical ward for access to handicapped facilitees and so he could have his walker and wheelchair, Franklin was told by A.C.H. employees that there were no beds available when in fact this was not a true statement

2

several S.C.J. officers had advised Franklin that there were open beds in the medical dept. at the time Franklin was requesting to be placed there.

7.) On 11-29-15 after persistant pleas by Franklin A.C.H. Nurse Tracy Hammett got uppet and provided Franklin with a walker and RETALIATED by having him placed in solitare confinement in the booking, placing him there under the pretense of "hight risk" when in fact the true motive for placing Franklin there was in retaliation of him writing complaints on her for him being without a walker or wheelchair. Franklin should have been placed in medical.

8.) On 11-30-15 while in isolation plaintiff Franklin ask to be seen due to severe pain from sleeping on a concrete slab and from hernia, no action was taken only tylonol were prescribed see exhibit __2__.

9.) On Dec. 1st, 2015 after a few days in isolation Franklin seen S.C.J. warden Beck walking past his cell and stopped him to akk to be placed in medical advising Warded Beck that he whould not be punished for being haddicapped. Warden Beck advised Franklin that he would look into the matter and approx. 30 min. later Warden Beck returned to Franklin's isolation cell and told him that he would be moved back to MWR-D cell block and be allowed to keep his walker.

10. After being placed back in MWR-D block Franklin again began pleading with A.C.H. employee's Tracy Hammett, Nurse Darcy and Dan Williams asking to be placed in medical ward and be allowed his wheelchair due to mobility problems and problems keeping his balance. He was advised that wheelchairs were not allowed in the cell-block that he was being housed in and advised there was no beds available in medical ward, once again S.C.J. CORRECTIONAL OFFICERS advised Franklin that there was beds available and that they did not know why medical was being untruthful about it.

11.) On 1-24-16 while exiting the shower in MWR-D block the wheels on Franklin's walker got caught on a concrete lip in the shower (which was not handicapped assissible) and Franklin fell seriously re-injuring his back and ankle. A.C.H. Employees refused to do anything other than prescribe tylanol (see exhibit __3 & 4__.

12.) Throughout Franklin's incarceration 11-24-15 to 2-3-16 plaintiff Franklin suffered from migraine headaches, neausea, seizures, chest pains from heartdisase and blackouts. A.C.H. MEDICAL STAFF were deliberately indifferent to Franklin's serious medical and neurological needs and ignored his pleas to be seen by a specialist.

13.) Dr. Abraham was informed by A.C.H medical nurses of Franklin's serious conditions, pain, suffering, need for wheelchair and handicapped facilities and need to be seen by a specialist in neurological disorders. Dr. Abraham refused to see Franklin or order the appropreate treatment and carefor Franklin, allowing Franklin's seizure disorder to get out of control see exhibits  5 & 6  .

Jones v. Simek, 193 F.3d 485, 490 (7th cir.) held that,
"If prison doctor knew that inmate may have suffered nerve damage, his failure to arrange for that inmate to be examined by a neurologist would amount to deliberate indifference."

14.) The entire time Franklin was incarcerated at sangamon county jail, (Tracy Hammit, pAN williams and Nurse Darcy) Advanced Correctional Healthcare employess knew Franklin needed to be seen and treated by a specialist and knew he needed to be housed in medical with a wheelchair.

Hughes v. Joliet Correctional Center, 931 F.2d 425, 428 (7th cir.)
"Prison officials denial of a wheelchair or other adaptive device, if needed, can amount to deliberate indifference."

15.) Advanced Correctional Healthcare employees failed to and refused to provide the proper medical and neurological care that Franklin needed and refused to provide the proper mobilty devises needed. see exhibit  7, 8  & affidavits.

16.) Advanced Correctional Healtcare and Sangamon County Jail also have a policy which violated Franklin's right to privacy of medical and psychiatric information, being that whenever a inmate/Franklin go to be seen by the medical dept. or psych dept. the correctional officer sits right in front of the inmate/Franklin while he is being examined and questioned about his medical history and issues, there is a privapy door with a observation window which is suppose to be used by the correctional officers but they do not use it. Medical workers have a duty to protect the privacy of medical information but A.C.H. employess have failed to do so for inmates and for Franklin.

17.) Sangamon County Jail Warden Beck knew of Franklin's need to be housed in the medical dept. and knew of Franklin's need for access to handicapped facilites/restroom and shower but failed/refused to insure that these were provided, failing to protect Franklin from injury.

As a direct and proximate result of the defendant's acts and failures to act, plaintiff, Daniel Franklin suffered serious injury, prolong pain and suffering, humiliation, severe emotional distress and financial loss.

WHEREFORE, Plaintiff, Daniel Franklin seeks judgment in the following ways;

(a) for and against defendants for punitive damages;
(b) for and against defendants for compensatory damages;
(c) for and against defendants for cost of bringing this action;
(d) such other relief as this court deems just and proper.

sincerely submitted,

DANIEL FRANKLIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DANIEL FRANKLIN )
   Plaintiff )
vs. ) Case No. _____
ADVANCED CORRECTIONAL )
HEALTHCARE et. al. )

PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court  TO: Theresa Powell   TO: Chris Gaianos
Circuit Clerk           P.O. box 9678         400 S. 9th St.
600 E. Monroe           Springfield, IL       Springfield, IL
Springfield, IL

PLEASE TAKE NOTICE that on _MAY 5_, 2017 I placed the documents listed below in the institutional mail properly addressed to the parties listed above for mailing through the U.S. Postal Service.

1. <u>Section 1983 Complaint</u>

Pursuant to USC 1746, U.S. 1621 I declare under the penalty of perjury that I am the named party in the above action, that I have read the above documents and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5-5-17

/s/ _Daniel Franklin_
DANIEL FRANKLIN