# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Daniel Franklin** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 17-cv-3122 |
| ) | |
| **Advanced Correctional Healthcare,** ) | |
| **Dan Williams, Arun Abraham,** ) | |
| **Tracy Hammitt, Darcy Waller,** ) | |
| **Sangamon County Jail, Larry Beck** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Judgment is entered in the above-captioned case dismissing the case with prejudice, each party to bear its own costs."

**Dated:**   6/14/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court